JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF SAN PABLO POLICE DEPARTMENT; JOSEPH AITA; K. RICHER, FNU BROWN, FNU SPRAGUE, S. WHITE, FNU MELGOZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS HOOPER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN PABLO POLICE DEPARTMENT ET AL.,<br><br>Defendants. | Case No. C10-2801 JL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINE TO COMPLETE ADR**<br><br>Current Deadline:    January 31, 2011<br><br>Deadline Sought:    March 15, 2011 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, as follows:

1. WHERAS the parties previously stipulated to participate in a court-sponsored mediation in this matter.

2. WHEREAS the parties stipulated to complete mediation within 90 days and at the October 6, 2010, case management conference, the Court ordered the parties to complete ADR by the end of January of 2011, essentially January 30, 2011 (approximately 90 days). (See Civil Minutes, Document 29 on Court's docket).

3. WHEREAS the parties have already exchanged initial disclosures and some written discovery in this matter and have noticed several depositions. Defendants have also

1  subpoenaed relevant medical and employment records of Plaintiff which are still
2  outstanding. Additional depositions need to be scheduled in this matter also. This
3  discovery is all necessary prior to mediation to put this matter in the best posture for a
4  meaningful mediation.

5  4. WHEREAS the trial of this matter is not currently set. The fact discovery deadline is
6  not until June 1, 2011.

7  5. WHEREAS due to the upcoming Thanksgiving holiday, plus an upcoming two week
8  trial by lead defense counsel with Judge Jeffrey White in the matter of *Johnson/Horton*
9  *v. City of Antioch et al.* (U.S.D.C, C09-03153 JSW), slated to begin on December 6,
10 2010 (with jury selection likely starting on December 1st), and the upcoming Christmas
11 holidays, it is likely that the parties will not be able to complete the necessary discovery
12 for mediation by the current deadline of January 30, 2011.

13 6. WHEREAS the parties request that the Court allow an extension of the ADR deadline to
14 March 15, 2011, essentially a <u>45 day extension</u> from the current deadline of January 31,
15 2011.

16 7. WHEREAS the parties and the court-appointed mediator, Mr. Boley, have all discussed
17 the date for mediation and a tentative date of March 4, 2011, has been set and is
18 currently pending confirmation by the respective parties.

19 8. WHEREAS this is the first such request and good cause exists to allow the parties
20 additional time to complete mediation in this matter.

21 9. WHEREAS the Court may also want to reset the further case management conference to
22 occur following the tentative mediation date of March 4, 2011, as it is currently set for
23 February 9, 2011. The parties agree to such continuance per the Court's discretion and
24 schedule.

25 IT IS SO STIPULATED.

26
McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

Dated: November 16, 2010        McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                                PFALZER, BORGES & BROTHERS LLP

                                By: _____
                                    James V. Fitzgerald, III
                                    Noah G. Blechman
                                    Attorneys for Defendants
                                    CITY OF SAN PABLO POLICE DEPARTMENT;
                                    JOSEPH AITA; K. RICHER, FNU BROWN, FNU
                                    SPRAGUE, S. WHITE, FNU MELGOZA

Dated: November 15, 2010        LAW OFFICES OF JOHN L. BURRIS

                                By: _____
                                    John L. Burris / Adante D. Pointer
                                    Attorneys for Plaintiff Marcus Hooper

## ORDER

Good cause having been shown by the parties, the Court hereby continues the currently set ADR deadline from January 31, 2011, to March 15, 2011. In addition, the Court resets the currently set case management conference from February 9, 2011, at 10:30 a.m., to March 16, 2011, at 10:30 a.m.. A joint updated case management conference statement is due one week prior to the new case management conference date.

**IT IS SO ORDERED.**

Dated: __November 30__, 2010     By: _____
                                    IT IS SO ORDERED
                                    Judge James Larson

STIPULATION AND ORDER EXTENDING ADR                3
DEADLINE - C10-2801 JL