United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   Marcus Hooper,                              No. C 10-2801 JL

12              Plaintiff,

13        v.                                     ORDER OF DISMISSAL

14   City of San Pablo, et al.,

15              Defendants.

16   _____/

17        The parties hereto, by their counsel, having advised the court that they have agreed

18   to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action be

19   dismissed with prejudice; provided, however that if any party hereto shall certify to this

20   court, within ninety days, with proof of service thereof, that the agreed consideration for

21   said settlement has not been delivered over, the foregoing order shall stand vacated and

22   this cause shall forthwith be restored to the calendar to be set for trial.  The Case

23   Management Conference set for March 16, 2011 at 10:30 a.m. is vacated.

24   DATED: March 15, 2011

25                                    _____

26                                         James Larson
                                          United States Magistrate Judge
27

28